### 35230. RAY v. RAY.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED AUGUST 30, 1979 — DECIDED SEPTEMBER 26, 1979.

*Cornwell & Church, James E. Cornwell, Jr.,* for appellant.

*Andrew J. Hill, III,* for appellee.